UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT D. THOMPSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4219** |
| **MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION** | **SECTION "I" (3)** |

## O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the absence of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is DENIED, the Plaintiff's Motion for Summary Judgment is GRANTED and thus, the Commissioner's decision is VACATED and the case REMANDED for further proceeding consistent with this Court's opinion.

New Orleans, Louisiana, this   12th   day July, 2007.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**